McALPINE & ASSOCIATES, P.C.
MARK L. McALPINE (admitted pro hac vice)
3201 University Drive, Suite 100
Auburn Hills, MI 48326-2396
Telephone: 248-373-3700
Facsimile: 248-373-3708
mlmcalpine@mcalpinelawfirm.com

Attorneys for Plaintiff
KALITTA AIR, L.L.C.

AND

ORRICK, HERRINGTON & SUTCLIFFE LLP
By: Stephen V. Bomse (Bar No. 40656)
Jessica S. Pers (Bar No. 77740)
David M. Goldstein (Bar No. 142334)
405 Howard Street
San Francisco, CA 94105-2669
Tel: (415) 773-4255
Fax: (415) 773-5759
dgoldstein@orrick.com
Local Counsel for Plaintiff
KALITTA AIR, L.L.C.,

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KALITTA AIR, L.L.C. as assignee of American International Airways, Inc.,<br><br>Plaintiff,<br><br>vs.<br><br>CENTRAL TEXAS AIRBORNE SYSTEMS, INC., et al.,<br><br>Defendant. | CASE NO. C 96-2494 CW<br><br>**STIPULATION AND ORDER RE RESCHEDULING THE <u>CASE MANAGEMENT CONFERENCE</u>**<br><br>Before: The Hon. Claudia Wilken<br><br>Third Trial Date: Not yet set |

WHEREAS, the Court issued a Notice on October 8, 2008, setting a Case Management Conference for November 18, 2008, at 2:00 p.m., in Courtroom 2, 4th Floor, 1301 Clay Street, Oakland, California 94612.

WHEREAS, the parties have stipulated that due to pre-existing scheduling conflicts, the Case Management Conference be adjourned to Tuesday, January 6, 2009.

WHEREFORE, IT IS HEREBY ORDERED that:

1. The Case Management Conference is adjourned to **Tuesday, January 6, 2009**, at **2:00 p.m.**, in Courtroom 2, 4th Floor, 1301 Clay Street, Oakland, CA 94612.

2. A joint Case Management Statement is due one week prior to the conference.

IT IS SO ORDERED.

  11/17/08                                    HONORABLE CLAUDIA WILKEN

Dated: _____


SO STIPULATED:

Dated: November 14, 2008            McALPINE & ASSOCIATES, P.C..

                                    By:   /s/ Mark L. McAlpine
                                          Attorneys for Plaintiff
                                          KALITTA AIR, L.L.C.


Dated: November 14, 2008            SEDGWICK, DETERT, MORAN & ARNOLD

                                    By:   /s/ Gregory C. Read
                                          Attorneys for Defendant
                                          CENTRAL TEXAS AIRBORNE
                                          SYSTEMS, INC.