IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KALITTA AIR, L.L.C., as assignee of American International Airways, Inc.<br><br>    Plaintiff,<br><br>  v.<br><br>CENTRAL TEXAS AIRBORNE SYSTEMS, INC.,<br><br>    Defendant.<br>_____/ | No. C 96-2494 CW<br><br>ORDER VACATING CASE MANAGEMENT CONFERENCE, DIRECTING FURTHER BRIEFING AND DIRECTING PARTIES TO ATTEND MEDIATION |

Pursuant to the parties' request, the case management conference currently scheduled for January 6, 2009 is VACATED. The parties must submit additional briefing on CTAS's Rule 50(b) motion in light of the Ninth Circuit's decision on appeal. CTAS's opening brief must be filed by February 5, 2009. Kalitta must file its opposition by February 19, 2009. CTAS must file its reply by February 26, 2009. The matter will be heard on March 12, 2009 at 2:00 p.m.

The parties are ordered to attend private mediation within thirty days of the date of this order.

IT IS SO ORDERED.

Dated: 1/5/09

*Claudia Wilken*
CLAUDIA WILKEN
United States District Judge