McALPINE & ASSOCIATES, P.C.
MARK L. McALPINE (admitted pro hac vice)
3201 University Drive, Suite 100
Auburn Hills, MI 48326-2396
Telephone: 248-373-3700
Facsimile: 248-373-3708
mlmcalpine@mcalpinelawfirm.com

Attorneys for Plaintiff
KALITTA AIR, L.L.C.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KALITTA AIR, L.L.C. as assignee of American International Airways, Inc., <br><br> Plaintiff, <br><br> vs. <br><br> CENTRAL TEXAS AIRBORNE SYSTEMS, INC., et al., <br><br> Defendant. | CASE NO. C 96-2494 CW <br><br> **STIPULATION AND ORDER REGARDING HEARING ON CENTRAL TEXAS AIRBORNE SYSTEM, INC.'S RENEWED MOTION FOR JUDGMENT AS A MATTER OF LAW** <br><br> Before: The Hon. Claudia Wilken <br> Trial Date: TBA |

WHEREAS, the Court had scheduled a hearing on Defendant Central Texas Airborne Systems, Inc.'s ("CTAS") Renewed Motion for Judgment as a Matter of Law on April 16, 2009, at 2:00 p.m., in Courtroom 2, 4th Floor, 1301 Clay Street, Oakland, California 94612.

WHEREAS, the parties have stipulated that due to scheduling conflicts, the hearing on this Motion and all associated dates will each be adjourned for two weeks, as follows.

WHEREFORE, IT IS HEREBY ORDERED that:

1. Kalitta Air, L.L.C.'s Response to CTAS's Motion for Judgment as a Matter of Law will now be due **Thursday, April 9, 2009**.

-1-   CASE NO. C 96-2494 CW

STIPULATION AND [PROPOSED] ORDER REGARDING HEARING ON CENTRAL TEXAS AIRBORNE
SYSTEM, INC.'S RENEWED MOTION FOR JUDGMENT AS A MATTER OF LAW

SF/1578699v1

2. CTAS's Reply Brief will be due on **Thursday, April 16, 2009**.

3. The Hearing on CTAS's Renewed Motion for Judgment as a Matter of Law is adjourned to **Thursday, April 30, 2009**, at **2:00 p.m.**, in Courtroom 2, 4th Floor, 1301 Clay Street, Oakland, CA 94612.

IT IS SO ORDERED.

Dated: March 30, 2009

_____
HONORABLE CLAUDIA WILKEN

SO STIPULATED:

Dated: March 24, 2009            McALPINE & ASSOCIATES, P.C.


                                 By:    /s/ Mark L. McAlpine
                                        Attorneys for Plaintiff
                                        KALITTA AIR, L.L.C.

Dated: March 24, 2009            SEDGWICK, DETERT, MORAN & ARNOLD


                                 By:    /s/ Gregory C. Read
                                        Attorneys for Defendant
                                        CENTRAL TEXAS AIRBORNE
                                        SYSTEMS, INC.