```
McALPINE & ASSOCIATES, P.C.
MARK L. McALPINE (admitted pro hac vice)
3201 University Drive, Suite 100
Auburn Hills, MI 48326-2396
Telephone: 248-373-3700
Facsimile: 248-373-3708
mlmcalpine@mcalpinelawfirm.com

Attorneys for Plaintiff
KALITTA AIR, L.L.C.
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KALITTA AIR, L.L.C. as assignee of American International Airways, Inc., <br><br> Plaintiff, <br><br> vs. <br><br> CENTRAL TEXAS AIRBORNE SYSTEMS, INC., et al., <br><br> Defendant. | CASE NO. C 96-2494 CW <br><br> **STIPULATED ORDER EXTENDING MEDIATION DATE** <br><br> Before: The Hon. Claudia Wilken <br> Third Trial Date: November 1, 2010 |

WHEREAS, on June 8, 2009, this Court issued its Order Denying Defendant's Motion for Judgment as a Matter of Law, pursuant to which this Court directed the parties "to attend further private mediation with the same mediator that conducted the previous mediation" by September 6, 2009. [D.E. 2033 at p. 17.]

WHEREAS, the parties have since discussed a range of options for proceeding with mediation in the most productive manner while complying with this Court's order.

WHEREAS, the parties jointly request that the mediation date be extended to October 31, 2009.

WHEREAS, trial will commence on November 1, 2010, twelve months and one day after a mediation date of October 31, 2009. [D.E. 2035.]

WHEREAS, it would be in the best interests of the parties for mediation to occur by October 31, 2009.

1     WHEREFORE, IT IS HEREBY ORDERED that the parties are to attend private mediation with the same mediator that conducted the previous mediation by **October 31, 2009**.

    IT IS SO ORDERED.

Dated:  8/28/09

                                    HONORABLE CLAUDIA WILKEN

SO STIPULATED:

DATED:  August 25, 2009         SEDGWICK, DETERT, MORAN & ARNOLD LLP

                                    By:   /s/ Gregory C. Read
                                           GREGORY C. READ
                                           Attorneys for Defendants
                                           Central Texas Airborne Systems, Inc.

DATED:  August 26, 2009         McALPINE & ASSOCIATES, P.C.

                                      By:   /s/ Mark L. McAlpine
                                           MARK L. McALPINE
                                           Attorneys for Plaintiff
                                           KALITTA AIR, L.L.C.