IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KALITTA AIR, L.L.C.,<br><br>           Plaintiff,<br><br>     v.<br><br>CENTRAL TEXAS AIRBORNE SYSTEMS, INC.,<br>et al.,<br><br>           Defendants.                        / | No. 96-02494 CW<br><br>ORDER ON<br>STIPULATION RE<br>RESCHEDULING THE<br>TRIAL |

    On June 10, 2009, the Court filed an order setting the trial in this case for November 1, 2010.  The parties have stipulated to a new trial date in March of 2011; however, the next available date for a trial of this length would be in July of 2011.  The Court is reluctant to delay a case of this age until then.  Thus, the Court does not accept the parties' stipulation and requires a noticed motion detailing the scheduling issues and when they arose.

    IT IS SO ORDERED.

Dated: 06/14/2010

                                        CLAUDIA WILKEN<br>                                        United States District Judge