McALPINE & ASSOCIATES, P.C.
MARK L. McALPINE (admitted *pro hac vice*)
3201 University Drive, Suite 100
Auburn Hills, MI  48326
Telephone: (248) 373-3700
Fax: (248) 373-3708

Attorneys for Plaintiff
KALITTA AIR, L.L.C., as assignee of American
International Airways, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KALITTA AIR, L.L.C. as assignee of American International Airways, Inc.,<br><br>Plaintiff,<br><br>vs.<br><br>CENTRAL TEXAS AIRBORNE SYSTEMS, INC., et al.,<br><br>Defendant. | CASE NO. C 96-2494 CW<br><br>**STIPULATED WITHDRAWAL OF STIPULATION AND [PROPOSED] ORDER SHORTENING TIME FOR HEARING ON KALITTA'S MOTION TO ADJOURN TRIAL**<br><br>Before:  The Hon. Claudia Wilken |

On July 8, 2010, Kalitta Air, L.L.C. filed its Motion to Adjourn Trial and set the hearing on that Motion for Thursday, August 12, 2010.  In an effort to expedite the Court's consideration of the Motion to Adjourn Trial, the parties stipulated to shortening the time for hearing on Kalitta's Motion and requesting that this Court hear the Motion on August 5, 2010.  A Stipulation and [Proposed] Order Shortening Time for Hearing on Kalitta's Motion to Adjourn Trial was filed on July 8, 2010.

Counsel for Kalitta now has a conflict with the proposed August 5th hearing date because counsel is required to attend a court hearing in Florida on August 4th.  Therefore, because of the

scheduling conflicts that have arisen since the July 8th filing, the parties now agree that the hearing, as originally scheduled on August 12, 2010 at 2:00 p.m., can proceed.

Therefore, the parties hereby stipulate to the withdrawal of the Stipulation and [Proposed] Order Shortening Time for Hearing on Kalitta's Motion to Adjourn Trial and request that the hearing on Kalitta's Motion to Adjourn Trial proceed on August 12, 2010 as originally noticed.

**SO STIPULATED:**

Dated: July 16, 2010              McALPINE & ASSOCIATES, P.C.

                                  By:    /s/ Mark L. McAlpine
                                         Attorneys for Plaintiff
                                         KALITTA AIR, L.L.C.

Dated: July 16, 2010              SEDGWICK, DETERT, MORAN & ARNOLD

                                  By:    /s/ Gregory C. Read
                                         Attorneys for Defendant
                                         CENTRAL TEXAS AIRBORNE
                                         SYSTEMS, INC.

IT IS SO ORDERED
Judge Claudia Wilken
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA