IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KALITTA AIR, LLC, as assignee of American International Airways, Inc.,<br><br>    Plaintiff,<br><br>  v.<br><br>CENTRAL TEXAS AIRBORNE SYSTEMS, INC., et. al.,<br><br>    Defendant.<br>_____/ | No. 96-cv-02494 CW<br><br>AMENDED ORDER ON DEFENDANT'S MOTION TO EXTEND TRIAL TIME<br>(Docket No. 2066) |

On October 27, 2010, Defendant filed a motion to extend trial time or, in the alternative, for a status conference to discuss the length of trial and time limits.  Plaintiff filed a response on November 10, 2010.  Having considered all of the parties' submissions, the Court vacates the motion hearing set for December 2, 2010 at 2:00 pm, and orders the following.

1. The length of the trial is extended to fourteen days, which includes time for jury selection and arguments.  The trial start date remains the same, October 31, 2011.  The Court informs the parties that the trial in the present case trails a felony criminal trial which will take priority.

2. Trial time will be divided equally between the parties.

3. The Court will not permit more than one expert witness per side per subject matter.

4.  The Court will not reconsider rulings on motions in limine from past trials, except as required by Ninth Circuit rulings.

5.  The Court will convene a final pretrial conference on October 11, 2011.  However, the parties may stipulate to a final pretrial conference on an earlier date with corresponding earlier submission dates, selecting any Tuesday at 2:00 pm that the Court is available.

IT IS SO ORDERED.

Dated 12/1/2010



CLAUDIA WILKEN
United States District Judge