IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KALITTA AIR, LLC, as assignee of American International Airways, Inc.,<br><br>          Plaintiff,<br><br>     v.<br><br>CENTRAL TEXAS AIRBORNE SYSTEMS, INC.,<br><br>          Defendant.<br>_____/ | No. 96-cv-02494 CW<br><br>ORDER DENYING WITHOUT PREJUDICE PLAINTIFF'S MOTION IN LIMINE<br>(Docket No. 2073) |

On March 29, 2011, Plaintiff Kalitta Air, LLC moved <u>in limine</u> for an order to preclude Defendant Central Texas Airborne Systems, Inc. from introducing at trial a new theory of damages through a new expert witness. Docket No. 2073. The Court denies the motion without prejudice. The Court will hear all of the parties' pretrial motions on September 15, 2011 at 2:00 pm. Plaintiff shall file all of its pretrial motions in a single brief, not to exceed twenty-five pages, on or before July 21, 2011. Defendant shall file its opposition, and any pretrial motions it wishes to file, on or before August 4, 2011, in a brief not to exceed thirty-five pages. Plaintiff may file a reply and opposition, on or before August 18, 2011, in a brief not to exceed twenty pages. Defendant may file its reply, not to exceed ten pages, on or before August 25, 2011. The currently scheduled Pretrial Conference, set for

October 11, 2011 at 2:00 pm, remains on calendar.  At that time, the Court will consider any remaining issues necessary to prepare this action for trial.

IT IS SO ORDERED.

Dated:   4/5/2011

CLAUDIA WILKEN
United States District Judge