IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KALITTA AIR, LLC, as assignee of American International Airways, Inc.,<br><br>    Plaintiff,<br><br>  v.<br><br>CENTRAL TEXAS AIRBORNE SYSTEMS, INC.,<br><br>    Defendant.                              / | No. 96-cv-02494 CW<br><br>ORDER REGARDING PLAINTIFF'S MOTION TO EXPEDITE<br>(Docket No. 2079) |

   On June 24, 2011, Plaintiff Kalitta Air, LLC moved to preclude Defendant Central Texas Airborne Systems, Inc. from introducing at trial certain expert testimony, Docket No. 2078, and moved to expedite consideration of its request, Docket No. 2079.  On April 5, 2011, the Court set a schedule for briefing the parties' pretrial motions and set a hearing date on September 15, 2011 at 2:00 pm for the motions.

   Under Local Rule 6-1(b) a request to shorten time that alters an event or deadline already fixed by a prior Court order must be submitted by stipulation, pursuant to Local Rule 6-2, or motion, pursuant to Local Rule 6-3.  CTAS shall submit its response to Plaintiff's motion to expedite within four days from the date of this order.  The Court will decide the matter on the papers.

   IT IS SO ORDERED.


Dated  **7/6/2011**

CLAUDIA WILKEN
United States District Judge