IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KALITTA AIR, LLC, as assignee of American International Airways, Inc.,<br><br>    Plaintiff,<br><br>  v.<br><br>CENTRAL TEXAS AIRBORNE SYSTEMS, INC.,<br><br>    Defendant.<br>                                / | No. 96-cv-02494 CW<br><br>ORDER DENYING PLAINTIFF'S MOTION TO EXPEDITE AND MOTION TO PRECLUDE TESTIMONY (Docket Nos. 2078 & 2079) |

    On June 24, 2011, Plaintiff Kalitta Air, LLC moved to preclude Defendant Central Texas Airborne Systems, Inc. from introducing at trial certain expert testimony, Docket No. 2078, and moved to expedite consideration of its request, Docket No. 2079.  Having considered all of the parties' submissions, Kalitta's motion to expedite is DENIED.  In addition, Kalitta's motion to preclude expert testimony is DENIED without prejudice, subject to refiling pursuant to this Court's April 5, 2011 Order, which set a schedule and page limits for streamlined briefing of the parties' pretrial motions.  With respect to expert testimony, each party is limited to one expert per subject matter.

    IT IS SO ORDERED.


Dated  **7/15/2011**

CLAUDIA WILKEN
United States District Judge