MARK L. McALPINE, *admitted pro hac vice*
DON W. BLEVINS, *admitted pro hac vice*
**McAlpine & Associates, P.C.**
3201 University Drive, Suite 100
Auburn Hills, MI 48326
Phone: (248) 373-3700
Fax: (248) 373-3708
Attorneys for Kalitta Air, L.L.C., as assignee of
American International Airways, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KALITTA AIR, L.L.C., as assignee of American International Airways, Inc., <br><br> Plaintiff, <br><br> vs. <br><br> CENTRAL TEXAS AIRBORNE SYSTEMS, INC., et al., <br><br> Defendant | Case No.: C 96-2494 CW <br><br> **KALITTA AIR, L.L.C.'S NOTICE OF MARCUS R. SANBORN ADMISSION OF ATTORNEY *PRO HAC VICE*** |

PLEASE TAKE NOTICE that on August 9, 2011, this court granted the application for admission of attorney pro hac vice for Marcus R. Sanborn.

    Respectfully submitted,

    **McAlpine & Associates, P.C.**

    /s/ Marcus R. Sanborn
    Mark L. McAlpine
    Don W. Blevins
    Marcus R. Sanborn
    3201 University Drive, Suite 100
    Auburn Hills, MI 48326
    (248) 373-3700

Dated: August 17, 2011     Attorneys for Kalitta Air, L.L.C.

ORIGINAL

RECEIVED 2011 JUL 28 P 1:58
CLERK RICHARD W. WIEKING
U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KALITTA AIR, L.L.C., as assignee of American International Airways, Inc, <br><br> Plaintiff, <br><br> vs. <br><br> CENTRAL TEXAS AIRBORNE SYSTEMS, INC., et al., <br><br> Defendant. | Case No.: C 96-2494 CW <br><br> [PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |

Marcus R. Sanborn, an active member in good standing of the bars of the State of Michigan and the State of Minnesota, whose business address and telephone number is:

McAlpine & Associates, P.C.
3201 University Drive, Suite 100
Auburn Hills, MI 48326
(248) 373-3700

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Plaintiff Kalitta Air, L.L.C.;

IT IS HEREBY ORDERED that the application is GRANTED, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 8/9/2011

_____
HONORABLE CLAUDIA WILKEN

[PROPOSED] Order Granting Application
For Admission of Attorney *Pro Hac Vice*
Case No. C 96-2494 CW

MARK L. McALPINE, *admitted pro hac vice*
DON W. BLEVINS, *admitted pro hac vice*
**McALPINE & ASSOCIATES, P.C.**
3201 University Drive, Suite 100
Auburn Hills, MI 48326
Telephone: (248) 373-3700
Fax: (248) 373-3708
Attorneys for Kalitta Air, L.L.C., as assignee of
American International Airways, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KALITTA AIR, L.L.C., as assignee of American International Airways, Inc, <br><br> Plaintiff, <br><br> vs. <br><br> CENTRAL TEXAS AIRBORNE SYSTEMS, INC., et al., <br><br> Defendant. | Case No.: C 96-2494 CW |

## **CERTIFICATE OF SERVICE**

I am a citizen of the United States, over 18 years of age, and not a party to the within entitled action; I am employed at and my business address is 3201 University Drive, Suite 100, Auburn Hills, MI 48326. On August 17, 2011, I served the following documents by this courts ECF system, which will send notification to all parties of record. I declare under penalty of perjury that the foregoing is true and correct.

1. Kalitta Air, L.L.C.'s Notice of Marcus R. Sanborn Admission of Attorney Pro Hac Vice;

2. Order Granting Application for Admission of Attorney Pro Hac Vice;

3. Certificate of Service.

/s/ *Dannielle A. Jaworski*
Dannielle A. Jaworski

Certificate of Service
Case No. C 96-2494 CW