SEDGWICK LLP
GREGORY C. READ (STATE BAR NO. 049713)
gregory.read@sedgwicklaw.com
CAITLIN C. ROSS (STATE BAR NO. 271651)
caitlin.ross@sedgwicklaw.com
333 Bush Street, 30th Floor
San Francisco, CA  94104
Telephone:     (415) 781-7900

STEVEN L. LEVITT & ASSOCIATES, P.C.
STEVEN L. LEVITT
129 Front Street
Mineola, N.Y. 11501
Telephone:     (516) 248-9700

Attorneys for Defendant
CENTRAL TEXAS AIRBORNE SYSTEMS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KALITTA AIR, L.L.C. as assignee of American International Airways, Inc.,<br><br>Plaintiff,<br><br>v.<br><br>CENTRAL TEXAS AIRBORNE SYSTEMS, INC., et al.,<br><br>Defendant. | CASE NO. 4:96-cv-02494-CW<br><br>**ORDER GRANTING PERMISSION TO BRING EQUIPMENT TO THE COURTROOM FOR USE DURING TRIAL**<br><br>Trial Date:   October 31, 2011<br>Before:       The Honorable Claudia Wilken<br>Dept:         Courtroom 2 |

Upon the consideration of the requests of the parties for leave to bring equipment into the courtroom for use by the parties during trial, and good cause appearing therefor,

**IT IS HEREBY ORDERED THAT** plaintiff and defendant and their authorized agents may bring into the courthouse the electronic equipment necessary to connect to the Court's electronic system, including cables, switching equipment, computers, and other necessary electronic equipment for use during the trial of the above-captioned matter.  Plaintiff and defendant may bring the equipment to the courtroom in the week prior to the trial date, specifically at 1:00 p.m. on Friday, October 28, 2011, and during the trial.

**IT IS SO ORDERED.**

DATED:  _____October 26_____, 2011  _____
HONORABLE CLAUDIA WILKEN
UNITED STATES DISTRICT COURT JUDGE

SF/2570233v1

1    CASE NO. 4:96-cv-02494-CW
[PROPOSED] ORDER GRANTING PERMISSION TO BRING EQUIPMENT TO THE COURTROOM FOR USE DURING TRIAL