IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KALITTA AIR, LLC, as assignee of American International Airways, Inc.,

    Plaintiff,

  v.

CENTRAL TEXAS AIRBORNE SYSTEMS, INC.,

    Defendant.
_____/

No. C 96-02494 CW

VERDICT FORM

1. Was Central Texas Airborne Systems (CTAS) negligent?

   Yes _____   No _____

If you answered Yes to Question 1, go on to Question 2. If you answered No to Question 1, sign and return the verdict form.

2. Was CTAS' negligence a substantial factor in causing harm to Kalitta Air, LLC?

   Yes _____   No _____

If you answered Yes to Question 2, go on to Question 3. If you answered No to Question 2, sign and return the verdict form.

3. What do you find to be the appropriate measure of Kalitta's damages?

   You may check A. or B. or C.  If you select A., you may also check A.i. or A.ii. or both.  If you select B. or C., you may also check C.i. or C.ii.

   A. Loss of value of AIA in its sale to Kitty Hawk _____

      A.i. Lost profits on the grounded aircraft from the time of the grounding until the sale of AIA to Kitty Hawk.  _____

      A.ii. Lost profits on the sale of the 727s to Kitty Hawk before the sale of AIA to Kitty Hawk _____

     B. Cost to repair the aircraft. _____

     C. Cost to replace the aircraft. _____

         C.i. Cost to lease replacement planes _____

         C.ii. Lost profits during the time reasonably necessary to repair or replace the planes. _____

3. What amount of damages did Kalitta suffer?   $_____

4. If you find that Kalitta failed to mitigate its damages, enter the amount of damages it would have suffered if it had mitigated its damages.   $_____

5. Should interest be awarded?

   Yes \_\_\_\_\_     No \_\_\_\_\_

Dated:                                     _____
                                            Presiding Juror

2