IN UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KALITTA AIR, L.L.C., as assignee of American International Airways, Inc., <br><br>　　　Plaintiff, <br><br>v. <br><br>CENTRAL TEXAS AIRBORNE SYSTEMS, INC., et al., <br><br>　　　Defendants. | No. C 96-2494 CW <br><br><br><br><br><br>ORDER TO PAY ADDITIONAL ATTENDANCE FEE |

　　　In accordance with 28 U.S.C. § 1871(b)(2), petit jurors required to attend more than ten (10) days in hearing one case may be paid, in the discretion of the trial judge, an additional fee, not exceeding $10.00 more than the $40.00 attendance fee, for each day in excess of ten (10) days on which the juror is required to hear such case.

　　　Therefore, IT IS HEREBY ORDERED that each member of the jury hearing the above case shall receive a total attendance fee of $50.00 per day for each day of service in excess of ten (10) days.

　　　IT IS SO ORDERED.

Dated:  11/29/2011

　　　　　　　　　　　　　　　　　　　CLAUDIA WILKEN
　　　　　　　　　　　　　　　　　　　United States District Judge