IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KALITTA AIR, LLC, | No. C 96-2494 CW |
| Plaintiff, | ORDER RE: SUPERSEDEAS BOND |
| v. | |
| CENTRAL TEXAS AIRBORNE SYSTEMS, et al., | |
| Defendants. | |

On December 5, 2012, this Court granted in part Plaintiff Kalitta Air's motion for review of the Clerk's notice of taxable costs and granted Plaintiff's request to stay collection of costs pending the outcome of its appeal. The Court ordered Plaintiff to post a supersedeas bond in the amount of $311,018.19, fifty percent of the taxable costs.

Plaintiff has now filed a motion for approval of supersedeas bond. Defendant Central Texas Airborne Systems opposes. As Defendant points out, Plaintiff's proposed bond does not include an unequivocal promise to pay, list the conditions for payment, or provide a time frame for payment. Plaintiff's proposed bond simply refers to Federal Rule of Civil Procedure 62(d) and Local Rule 65.1-1. However, neither of those rules, nor any other federal statute or rule "defines the conditions that must occur to trigger an appellant's obligation under a supersedeas bond." Tennessee Valley Auth. v. Atlas Machine & Iron Works, Inc., 803 F.2d 794, 798 (4th Cir. 1986) (citing Moore v. Townsend, 577 F.2d

424, 426 n.5 (7th Cir. 1978)). Therefore, "the extent of the appellant's liability is governed by the terms of the bond itself." Id. (citing Aviation Credit Corp. v. Conner Air Lines, Inc., 307 F.2d 685, 688 (5th Cir. 1962)).

Accordingly, the Court DENIES Plaintiff's Motion for Approval of Supersedeas Bond. Docket No. 2265. Plaintiff shall submit a proposed bond that unequivocally binds the surety to pay any amount that may be awarded to Defendant, up to $311,018.19, unless within seven days of the Court of Appeals' decision affirming or modifying the judgment or dismissing the appeal, Plaintiff satisfies the judgment in full, including any additional costs or interest awarded.

The Court's grant of Plaintiff's request to stay the collection of costs pending appeal was premised on the posting of a supersedeas bond. If Plaintiff does not submit a proposed bond that conforms to this order within twenty-one days of the date of this order, the stay will be lifted.

IT IS SO ORDERED.

Dated: 1/29/2013

CLAUDIA WILKEN
United States District Judge

2