IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KALITTA AIR, LLC,                         No. C 96-2494 CW

          Plaintiff,                      ORDER RE:
                                          SUPERSEDEAS BOND
     v.

CENTRAL TEXAS AIRBORNE SYSTEMS,
et al.,

          Defendants.
_____/

     On December 5, 2012, this Court granted in part Plaintiff
Kalitta Air's motion for review of the Clerk's notice of taxable
costs and granted Plaintiff's request to stay collection of costs
pending the outcome of its appeal.  The Court ordered Plaintiff to
post a supersedeas bond in the amount of $311,018.19, fifty
percent of the taxable costs.

     Plaintiff has now filed a motion for approval of supersedeas
bond.  Defendant Central Texas Airborne Systems opposes.  As
Defendant points out, Plaintiff's proposed bond does not include
an unequivocal promise to pay, list the conditions for payment, or
provide a time frame for payment.  Plaintiff's proposed bond
simply refers to Federal Rule of Civil Procedure 62(d) and Local
Rule 65.1-1.  However, neither of those rules, nor any other
federal statute or rule "defines the conditions that must occur to
trigger an appellant's obligation under a supersedeas bond."
Tennessee Valley Auth. v. Atlas Machine & Iron Works, Inc., 803
F.2d 794, 798 (4th Cir. 1986) (citing Moore v. Townsend, 577 F.2d

United States District Court
For the Northern District of California

1   424, 426 n.5 (7th Cir. 1978)).  Therefore, "the extent of the

2   appellant's liability is governed by the terms of the bond

3   itself."  Id. (citing Aviation Credit Corp. v. Conner Air Lines,

4   Inc., 307 F.2d 685, 688 (5th Cir. 1962)).

5        Accordingly, the Court DENIES Plaintiff's Motion for Approval

6   of Supersedeas Bond.  Docket No. 2265.  Plaintiff shall submit a

7   proposed bond that unequivocally binds the surety to pay any

8   amount that may be awarded to Defendant, up to $311,018.19, unless

9   within seven days of the Court of Appeals' decision affirming or

10  modifying the judgment or dismissing the appeal, Plaintiff

11  satisfies the judgment in full, including any additional costs or

12  interest awarded.

13       The Court's grant of Plaintiff's request to stay the

14  collection of costs pending appeal was premised on the posting of

15  a supersedeas bond.  If Plaintiff does not submit a proposed bond

16  that conforms to this order within twenty-one days of the date of

17  this order, the stay will be lifted.

18

19       IT IS SO ORDERED.

20

21  Dated:  1/29/2013

22                                        CLAUDIA WILKEN
                                          United States District Judge

*United States District Court*
*For the Northern District of California*