United States District Court
For the Northern District of California

1

2

3          IN THE UNITED STATES DISTRICT COURT

4        FOR THE NORTHERN DISTRICT OF CALIFORNIA

5

6  KALITTA AIR, LLC,                        No. C 96-2494 CW

7          Plaintiff,                        ORDER RE:
                                             SUPERSEDEAS BOND
8       v.

9  CENTRAL TEXAS AIRBORNE SYSTEMS,
   et al.,
10
           Defendants.
11
   _____/
12

13      Plaintiff Kalitta Air has filed a Second Motion for Approval

14  of Supersedeas Bond.  Defendant Central Texas Airborne Systems

15  opposes.  The motion was decided on the papers.  Having considered

16  all of the papers filed by the parties and the entire record in

17  the case, the Court DENIES Plaintiff's motion.

18                          BACKGROUND

19      On December 5, 2012, this Court granted in part Plaintiff's

20  motion for review of the Clerk's notice of taxable costs and

21  granted Plaintiff's request to stay collection of costs pending

22  the outcome of its appeal.  The Court ordered Plaintiff to post a

23  supersedeas bond in the amount of $311,018.19, fifty percent of

24  the taxable costs.

25      On December 28, 2012, Plaintiff filed its First Motion for

26  Approval of Supersedeas Bond.  Defendant opposed, pointing out

27  that Plaintiff's proposed bond did not include an unequivocal

28  promise to pay, list the conditions for payment, or provide a time

**United States District Court**
For the Northern District of California

1  frame for payment.  The Court denied Plaintiff's motion and

2  ordered Plaintiff to:

3      submit a proposed bond that unequivocally binds the
        surety to pay any amount that may be awarded to

4      Defendant, up to $311,018.19, unless within seven days
        of the Court of Appeals' decision affirming or modifying

5      the judgment or dismissing the appeal, Plaintiff
        satisfies the judgment in full, including any additional

6      costs or interest awarded.

7  Docket No. 2271 at 2.  In addition, the Court noted that its grant

8  of Plaintiff's request to stay the collection of costs pending

9  appeal was premised on the posting of a supersedeas bond.

10      On February 13, 2013, Plaintiff filed its Second Motion for

11  Approval of Supersedeas Bond.  In that motion, Plaintiff

12  indicated, "The terms of the bond adhere to this Court's January

13  29, 2013 order regarding supersedeas bond, and on February 7,

14  2013, [Defendant's] counsel notified the undersigned by e-mail

15  that the bond terms are acceptable."  Plaintiff did not submit a

16  declaration attaching the referenced email.  On February 25, 2013,

17  Defendant filed an opposition to Plaintiff's Second Motion for

18  Approval of Supersedeas Bond.  In its opposition, Defendant

19  objects both to the terms of the bond and Plaintiff's proposed

20  order.  Defendant does not address Plaintiff's contention that its

21  counsel notified Plaintiff that the terms of the bond acceptable.

22  Plaintiff has filed a reply brief attaching emails between

23  Plaintiff's and Defendant's counsel as exhibits.  Plaintiff has

24  not filed a sworn declaration attaching the emails as exhibits.

25                              DISCUSSION

26      The Court's January 29 Order required Plaintiff to submit a

27  bond that unequivocally binds the surety to pay, "unless within

28

**United States District Court**
For the Northern District of California

1 seven days of the Court of Appeals' decision affirming or

2 modifying the judgment or dismissing the appeal, Plaintiff

3 satisfies the judgment in full, including any additional costs or

4 interest awarded."  Docket No, 2271 at 2.  Plaintiff has submitted

5 a proposed bond that binds the surety to pay if Plaintiff "fails

6 **to promptly pay** all sums."  Emphasis added.  The Court finds that

7 Plaintiff's proposed bond does not comply with the Court's January

8 29 Order.

9      Defendant also objects to Plaintiff's proposed order.  The

10 Court will not enter Plaintiff's proposed order at this time.

11 Accordingly, Defendant's objection is overruled.  If Plaintiff

12 includes this language in a future proposed order, Defendant may

13 renew its objection.

14      In addition to these objections, Defendant suggests other

15 modifications to the bond it believes should be made.  The Court

16 declines to order compliance with these suggestions.

17                              CONCLUSION

18      The Court DENIES Plaintiff's Second Motion for Approval of

19 Supersedeas Bond.  Docket No. 2273.  Within fourteen days of the

20 date of this order, Plaintiff shall submit a proposed bond.

21 Consistent with this order and the Court's January 29, 2013 order,

22 Plaintiff shall modify the language of subparagraph c of the

23 Promise to Pay to state:

24      Kalitta Air, L.L.C. fails to pay within seven days all
        sums awarded against it in or following the appeal in
25      this action, including the full $622,036.38 as ordered
        by the court along with any additional costs or interest
26      that the Court of Appeals may award.

27

28

                                 3

**United States District Court**
For the Northern District of California

1   Plaintiff shall not modify any other language in the bond unless

2   the parties reach agreement and file a sworn declaration

3   memorializing that agreement.

4

5        IT IS SO ORDERED.

6

7   Dated:  4/1/2013

CLAUDIA WILKEN
8                                            United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4