# Exhibit 3

| | |
|---|---|
| 1 | MARK L. McALPINE, *admitted pro hac vice* |
| | **McAlpine &PC** |
| | 3201 University Drive, Suite 100 |
| 2 | Auburn Hills, MI  48326 |
| | Phone: (248) 373-3700 |
| 3 | Fax: (248) 373-3708 |
| | Attorneys for Kalitta Air, L.L.C., as assignee of |
| 4 | American International Airways, Inc. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KALITTA AIR, L.L.C., as assignee of American International Airways, Inc., | Case No.: C 96-2494 CW |
| Plaintiff, | **DECLARATION OF LAWRENCE GALIZI IN SUPPORT OF KALITTA AIR, L.L.C.'S: MOTION FOR RECONSIDERATION OF APRIL 1, 2013 ORDER REGARDING SUPERSEDEAS BOND** |
| vs. | |
| CENTRAL TEXAS AIRBORNE SYSTEMS, INC., et al., | |
| Defendant | |

**DECLARATION OF LAWRENCE GALIZI**

I, Lawrence Galizi, declare as follows:

1. I submit this declaration in support of Kalitta Air, L.L.C. ("Kalitta") Motion for Reconsideration of April 1, 2013 Order Regarding Supersedeas Bond.

2. I have personal knowledge of the facts stated herein and, if called as a witness, I could and would testify competently thereto.

3. I am the owner and President of Aviation Risk Management Associates, Inc. ("ARMA"), and have worked in the Aviation Insurance industry for over 40 years as an underwriter, underwriting manager and broker.

4. ARMA and my prior companies have been providing insurance brokerage and risk management services to commercial aviation clients for over 36 years.

5. ARMA and my prior companies have provided insurance brokerage and risk management services to Kalitta continuously since 1983.

6. On or about December 12, 2012, Kalitta engaged ARMA to procure a supersedeas bond as ordered by this Court on December 5, 2012.

7. On February 12, 2013, ARMA secured the commitment of Travelers to issue a supersedeas bond.

8. On February 12, 2013, Travelers agreed to issue a supersedeas bond that binds the surety to pay if Kalitta "fails to **promptly pay** all sums awarded against it in or following the appeal in this action, including the full $622,036.38 as ordered by the court along with any additional costs that the court of appeals may award."

9. On April 2, 2013, I was informed that this Court ordered that the language of the bond must instead bind the surety to pay if Kalitta "fails to pay **within seven days** all sums

1

awarded against it in or following the appeal in this action, including the full $622,036.38 as ordered by the court along with any additional costs or interest that the Court of Appeals may award."

10. On April 2, 2013, I requested that Travelers issue a revised bond using the language specified in the preceding paragraph.

11. On April 15, 2013 I was informed by Mr. Will Matthews, that Travelers would not agree to issue a revised bond with such language because they felt that they could not comply with the 7 day payment requirement in the revised bond language.

12. Based on my knowledge and experience in the insurance brokerage industry, no other surety would agree to issue a bond using the language specified in Paragraph 8 due to the same reason. Insurance companies, especially large ones like Travelers could not possibly receive a demand for payment, review their file, authorize payment of a claim and get the check to the claimant in only 7 days from the initial demand. Further, Bonds, although issued by insurance companies, are not "insurance". They are financial guarantees, that involve the issuing company reviewing their customer's financials and ultimately agreeing to issue all the bonds required (there are numerous bonds currently in force for Kalitta, just as there are for all the other international airlines currently operating in the U.S.). The "Bond Programs" are quite extensive and require longstanding relationships which are based on the financial and creditworthiness of the customer. In my opinion, these issues make our ability to simply "find another underwriter" impossible in this situation.

13. I declare under penalty of perjury that the foregoing is true and correct.

This declaration was executed on April 15, 2013, at Crystal Lake, IL.

Lawrence Galizi