**McALPINE PC**

MARK L. McALPINE (admitted pro hac vice)
3201 University Drive, Suite 100
Auburn Hills, MI 48326-2396
Telephone: 248-373-3700
Facsimile: 248-373-3708
mlmcalpine@mcalpinelawfirm.com

Attorneys for Plaintiff
KALITTA AIR, L.L.C.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KALITTA AIR, L.L.C. as assignee of American International Airways, Inc.,<br><br>Plaintiff,<br><br>vs.<br><br>CENTRAL TEXAS AIRBORNE SYSTEMS, INC., et al.,<br><br>Defendant. | CASE NO. C 96-2494 CW<br><br>[PROPOSED] **STIPULATED ORDER FOR ENTRY OF SUPERSEDEAS BOND**<br><br>Before: The Hon. Claudia Wilken |

WHEREAS, the Court issued an Order on December 5, 2012 ordering Plaintiff Kalitta Air, L.L.C. ("Kalitta") to post a supersedeas bond in the amount of fifty percent of the taxable costs, or $311,018.19.

WHEREAS, Bond No. 105873557 in the amount of $311,018.19 has been issued and the original of which is attached hereto as Exhibit 1;

WHEREAS, the undersigned parties have agreed that the attached bond is acceptable in form and hereby request that this Court enter the attached Supersedeas Bond;

WHEREAS, Kalitta has consented to the entry of a judgment for costs in the amount of $622,036.38, with such judgment to be stayed until a decision has been rendered by the Ninth Circuit Court of Appeals.

WHEREFORE, IT IS HEREBY ORDERED that:

1. The Supersedeas Bond attached hereto is hereby ordered to be entered; and

2. In the event that the judgment appealed from is affirmed and/or the appeal is dismissed, Kalitta agrees to pay to Central Texas Airborne Systems, Inc. ("CTAS"), no later than simultaneous with the payment to be made under the Supersedeas Bond, the remaining balance of the full $622,036.38 plus any additional amounts that may be awarded by the Appeals Court.

3. A judgment for costs in the sum of $622,036.38 is hereby ordered to be entered.

IT IS SO ORDERED.

_____
HONORABLE CLAUDIA WILKEN

Dated: \_\_5/28/2013_____

SO STIPULATED:

Dated: Mary 24, 2013                McALPINE PC

                                    By:    /s/ Mark L. McAlpine_____
                                           Mark L. McAlpine
                                           Attorneys for Plaintiff
                                           KALITTA AIR, L.L.C.

Dated: May 24, 2013                 SEDGWICK, LLP

                                    By:    /s/ Gregory C. Read_____
                                           Gregory C. Read
                                           Counsel Defendant
                                           CTAS

Dated: May 24, 2013                 STEVEN L. LEVITT & ASSOCIATES, P.C.

                                    By:    /s/ Steven L. Levitt_____
                                           Steven L. Levitt
                                           Co-counsel Defendant
                                           CTAS

-2-