UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KALITTA AIR, L.L.C. as assignee of American International Airways, Inc.,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>CENTRAL TEXAS AIRBORNE SYSTEMS, INC., et al.,<br><br>　　　　Defendant. | CASE NO. C 96-2494 CW<br><br>[PROPOSED] **FINAL AGREED ORDER DISCHARGING SUPERSEDEAS BOND**<br><br>Before: The Hon. Claudia Wilken |

THIS CAUSE has come before the Court on the Agreed Motion of the Plaintiff and Defendant to Discharge the Supersedeas Bond Number 105873557 (DE 2285; the "Supersedeas Bond") posted by The Travelers Casualty and Surety Company of America, as Surety, in this action in the amount of $311,018 and 19/100 United States Dollars ($311,018.19) at the request of Kalitta Air, L.L.C., as Principal.  The full amount owed to Central Texas Airborne Systems, Inc. has been remitted and the Court's February 12, 2014 Order Reducing Costs Awarded to Defendants on Remand [DE 2291; the "Modified Costs Award"] has been satisfied.  Therefore, the Supersedeas Bond is no longer required and should be discharged, and The Travelers Casualty and Surety Company of America and its parents, affiliates and subsidiaries ("Travelers") should be released from any and all liability.  It is

ORDERED AND ADJUDGED:

1. The Supersedeas Bond is no longer required and is hereby fully and unconditionally discharged, released, and exonerated.

2. Travelers is hereby released from any and all past, present, and future liability arising under or in connection with the issuance of the Supersedeas Bond.

3. The Clerk of the Court is hereby directed to forthwith release the said Supersedeas Bond recorded with this Court to Mark L. McAlpine, Esq., for immediate return to Travelers.

IT IS SO ORDERED.

_____
HONORABLE CLAUDIA WILKEN

Dated: _____8/6/2014_____